IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CLIFFORD HILL,** : | |
| : | |
| Petitioner : | |
| : | |
| v. : | CASE NO. 3:05-CV-27 (HL) |
| : | 28 U.S.C. § 2255 |
| : | CASE NO. 3:98-CR-22 (HL) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Petitioner : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 30) filed May 4, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objections of the petitioner (Docs. 32 33) filed May 19, 2005 and May 20, 2005, respectively, have been thoroughly read and considered and are found to be without merit.

**SO ORDERED,** this the 27th day of May, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge
United States District Court**