IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CLIFFORD HILL, | : | |
| Petitioner | : | |
| VS. | : | |
| UNITED STATES OF AMERICA, | : | NO. 3:98-CR-22(HL) |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **CLIFFORD HILL'S** notice of appeal (Tab # 36) from the Court's May 27, 2005 order, which adopted United States Magistrate Judge G. Mallon Faircloth's recommendation that petitioner's 28 U.S.C. § 2255 motion be denied. The Eleventh Circuit Court of Appeals has mandated that the Court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.

For the reasons stated in Magistrate Judge Faircloth's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

Also before the Court is petitioner's motion for leave to proceed *in forma pauperis* on appeal (Tab # 39). Said motion is **DENIED AS MOOT**.

**SO ORDERED**, this 15th day of July, 2005.

                                                    **s/ Hugh Lawson**
                                                    HUGH LAWSON
                                                    UNITED STATES DISTRICT JUDGE

cr